AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Mark, Robert A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court S.D. FL | 3. Date of Report<br><br>07/12/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Room 1404 Federal Building
51 SW First Avenue
Miami, FL 33130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Miami Jewish Home and Hospital |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Mark Collection |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/02/2012 - 02/04/2012 | San Juan, PR | Non-FJC educational seminar or program | Transportation, meals, lodging |
| 2. | American Bankruptcy Institute | 03/10/2012 - 03/13/2012 | New York, NY | Activity of professional association or civic organization | Transportation, meals, lodging |
| 3. | Bankruptcy Bar Association | 05/11/2012 - 05/12/2012 | Marco Island, FL | Activity of professional association or civic organization | Transportation, meals, lodging |
| 4. | American Bankruptcy Institute | 07/25/2012 - 07/27/2012 | Amelia Island, FL | Non-FJC educational seminar or program | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Mark, Robert A.** | 07/12/2013 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5. IADC | 08/26/2012 - 08/29/2012 | Buenos Aires, Argentina | Non-FJC educational seminar or program | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Mark, Robert A.** | 07/12/2013 |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. "Trust 1" Northern Trust Bank - 1 | | None | J | T | | | | | |
| 2. "Trust 1" TKE Partners | | None | J | W | | | | | |
| 3. "Trust 2" Northern Trust Bank - 2 | A | Int./Div. | P1 | T | | | | | |
| 4. "Trust 1" Northern Trust Bank - 3 | | None | J | T | | | | | |
| 5. "Trust 1" Mark Collection | | None | J | W | | | | | Note #1 |
| 6. "Trust 1" Northern Lg. Cap Fund | | None | | | Sold | 01/13/12 | J | | |
| 7. "Trust 1" Northern Trust Bank - 4 | | None | J | T | | | | | |
| 8. "Trust 1" MFC Ishares TR MSCI EAFE Index Fd | | None | | | Sold | 01/13/12 | J | | |
| 9. "Trust 1" MFC Ishares TR Russell 2000 Index Fd | | None | | | Sold | 01/13/12 | J | B | |
| 10. "Trust 1" MFC SPDR S&P Midcap 400 | A | Int./Div. | | | Sold | 01/13/12 | K | C | |
| 11. "Trust 1" Northern Trust Bank - 5 | | None | J | T | | | | | |
| 12. "Trust 1" Northern Trust Bank - 14 | | None | J | T | | | | | |
| 13. "Trust 1" MFC Ishares TR Barclays Tips Bd Fd | | None | | | Sold | 01/13/12 | J | A | |
| 14. "Trust 1" Northern Fds Multi-Manager Emerging Markets Equity | A | Int./Div. | J | T | Buy (add'l) | 01/13/12 | J | | |
| 15. | | | | | Buy (add'l) | 11/05/12 | J | | |
| 16. "Trust 1"Northern Fds Multi-Manager Large Cap | | None | | | Sold | 01/13/12 | K | C | |
| 17. "Trust 1" Northern Fds Short Inter Tax Exempt | A | Int./Div. | | | Sold | 01/13/12 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mark, Robert A.** | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. "Trust 1" Northern Fds Stock Index Fd | A | Int./Div. | K | T | Buy (add'l) | 01/13/12 | K | | |
| 19. | | | | | Sold (part) | 04/23/12 | J | A | |
| 20. | | | | | Sold (part) | 06/06/12 | J | A | |
| 21. | | | | | Sold (part) | 11/01/12 | J | A | |
| 22. "Trust 1" Northern High Yield Fixed Income | A | Int./Div. | | | Buy (add'l) | 01/13/12 | J | | |
| 23. | | | | | Sold | 01/13/12 | J | A | |
| 24. "Trust 1" MFC Flexshares TR Iboxx 3 year Target | A | Int./Div. | J | T | Buy | 01/23/12 | J | | |
| 25. "Trust 1" MFC Flexshares TR Iboxx 5 year Target | A | Int./Div. | J | T | Buy | 01/18/12 | J | | |
| 26. "Trust 1" MFC Flexshares TR Morningstar Global | | None | J | T | Buy | 01/19/12 | J | | |
| 27. "Trust 1" MFC SPDR Gold TR Gold Shs | | None | J | T | Buy | 01/18/12 | J | | |
| 28. | | | | | Buy (add'l) | 04/25/12 | J | | |
| 29. "Trust 1" Northern Funds BD Index Fd | A | Int./Div. | J | T | Buy | 01/13/12 | J | | |
| 30. | | | | | Sold (part) | 04/23/12 | J | A | |
| 31. "Trust 1" Northern Funds Fixed Income Fd | A | Int./Div. | J | T | Buy | 01/13/12 | J | | |
| 32. "Trust 1" Northern Funds Multi-Manager Global Real Estate | A | Int./Div. | J | T | Buy | 01/13/12 | J | | |
| 33. | | | | | Buy (add'l) | 04/23/12 | J | | |
| 34. "Trust 1" Northern Funds Small Cap Core Fund | A | Int./Div. | J | T | Buy | 01/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. "Trust 1" Northern Funds Ultra Short Fixed Income Fund | A | Int./Div. | J | T | Buy | 11/05/12 | J | | |
| 36. "Trust 1" Northern Multi-Manager High Yield Opportunity Fd | A | Int./Div. | J | T | Buy | 01/13/12 | J | | |
| 37. | | | | | Buy (add'l) | 04/23/12 | J | | |
| 38. | | | | | Sold (part) | 11/01/12 | J | A | |
| 39. "Trust 1" Northern Multi-Manager Intl Equity Fd | A | Int./Div. | J | T | Buy | 01/13/12 | K | | |
| 40. "Trust 1" Northern Multi-Manager Mid Cap Fd | A | Int./Div. | J | T | Buy | 01/13/12 | J | | |
| 41. "Trust 1" Northern Multi-Manager Small Cap Fd | A | Int./Div. | J | T | Buy | 01/13/12 | J | | |
| 42. "Trust 1" Pimco Funds PAC Invt Mgmt Ser | A | Int./Div. | J | T | Buy | 01/13/12 | J | | |
| 43. "Trust 2" Encore Nursing Centers | | None | J | W | | | | | |
| 44. "Trust 2" US Bancorp | C | Int./Div. | M | T | | | | | |
| 45. "Trust 2" Northern Trust Bank - 8 | | None | J | T | | | | | |
| 46. "Trust 2" Northern Trust Bank - 9 | | None | J | T | | | | | |
| 47. "Trust 2" Northern Trust Bank - 10 | | None | J | T | | | | | |
| 48. "Trust 2" Unitedhealth Group Inc | D | Int./Div. | N | T | | | | | |
| 49. "Trust 2" Microsoft | D | Int./Div. | M | T | | | | | |
| 50. "Trust 2" Stryker Corp | B | Int./Div. | | | Sold | 04/23/12 | M | E | |
| 51. "Trust 2" Target | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. "Trust 2" Northern Trust Bank - 11 | | None | J | T | | | | | |
| 53. "Trust 2" Northern Trust Bank - 12 | | None | J | T | | | | | |
| 54. "Trust 2" Northern Trust Bank - 15 | | None | J | T | | | | | |
| 55. "Trust 2" AT&T Inc Com | D | Int./Div. | M | T | | | | | |
| 56. "Trust 2" Hormel Foods Corp Common Stock | B | Int./Div. | | | Sold | 04/23/12 | N | G | |
| 57. "Trust 2" Patterson Cos Inc Com | C | Int./Div. | M | T | | | | | |
| 58. "Trust 2" Pepsico Inc Com | C | Int./Div. | M | T | | | | | |
| 59. "Trust 2" PPL Corp Com | B | Int./Div. | | | Sold (part) | 01/05/12 | L | | |
| 60. | | | | | Sold | 01/09/12 | K | | |
| 61. "Trust 2" Kimberly-Clark Corp. | C | Int./Div. | | | Sold | 04/23/12 | M | E | |
| 62. "Trust 2" McCormick & Co., Inc. | D | Int./Div. | | | Sold | 12/27/12 | N | G | |
| 63. "Trust 2" Medtronic, Inc. | | None | | | Sold | 01/05/12 | M | | |
| 64. "Trust 2" MLP Kinder Morgan Energy Partners | C | Int./Div. | | | Sold | 04/23/12 | N | F | |
| 65. "Trust 2" Banco Popular | A | Int./Div. | | | Sold | 03/02/12 | L | | |
| 66. "Trust 2" Bk India New York | A | Int./Div. | | | Sold | 02/28/12 | L | | |
| 67. "Trust 2" Bk of China New | A | Int./Div. | | | Sold | 02/23/12 | L | | |
| 68. "Trust 2" Deutsche Telekom | D | Int./Div. | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | "Trust 2" Teva Pharmaceutical Inds | C | Int./Div. | M | T | | | | | |
| 70. | "Trust 2" Total SA | D | Int./Div. | M | T | | | | | |
| 71. | "Trust 2" Zhongpin Inc | | None | | | Sold | 01/05/12 | L | | |
| 72. | "Trust 2" Daimler AG | | None | M | T | Buy | 04/23/12 | M | | |
| 73. | | | | | | Buy (add'l) | 04/26/12 | L | | |
| 74. | "Trust 2" Ebay Inc. | | None | N | T | Buy | 04/23/12 | M | | |
| 75. | "Trust 2" Kohl's Corp | C | Int./Div. | M | T | Buy | 04/23/12 | M | | |
| 76. | "Trust 2" Monsanto | B | Int./Div. | | | Buy | 01/05/12 | L | | |
| 77. | | | | | | Sold | 12/27/12 | M | E | |
| 78. | "Trust 2" Proctor & Gamble | C | Int./Div. | L | T | Buy | 01/05/12 | L | | |
| 79. | "Trust 2" Tupperware Brands Corporation | B | Int./Div. | M | T | Buy | 01/05/12 | L | | |
| 80. | "Trust 2" Verizon Communications | C | Int./Div. | M | T | Buy | 01/05/12 | L | | |
| 81. | | | | | | Buy (add'l) | 04/18/12 | K | | |
| 82. | "501 Eagle" Microsoft | B | Int./Div. | K | T | | | | | |
| 83. | "501 Eagle" Stryker Corp | A | Int./Div. | | | Sold | 01/05/12 | K | | |
| 84. | "501 Eagle" Target | | None | | | Sold | 01/05/12 | L | | |
| 85. | "501 Eagle" Unitedhealth Group Inc | B | Int./Div. | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS  _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐   NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. "501 Eagle" Wells Fargo & Co. | A | Int./Div. | K | T | | | | | |
| 87. "501 Eagle" Northern Trust Bank - 13 | A | Int./Div. | N | T | | | | | |
| 88. "501 Eagle" AT&T Inc Com | B | Int./Div. | K | T | | | | | |
| 89. "501 Eagle" Hormel Foods Corp | A | Int./Div. | | | Sold | 04/23/12 | K | E | |
| 90. "501 Eagle" Patterson Cos Inc Com | B | Int./Div. | L | T | | | | | |
| 91. "501 Eagle" Pepsico Inc Com | B | Int./Div. | K | T | | | | | |
| 92. "501 Eagle" PPL Corp Com | A | Int./Div. | | | Sold | 01/05/12 | K | | |
| 93. "501 Eagle" McCormick & Co., Inc. | A | Int./Div. | | | Sold | 12/27/12 | L | E | |
| 94. "501 Eagle" Medtronic, Inc. | | None | | | Sold | 01/05/12 | K | | |
| 95. "501 Eagle" MLP Kinder Morgan Energy Partners | A | Int./Div. | | | Sold | 04/23/12 | K | D | |
| 96. "501 Eagle" Deutsche Telekom | C | Int./Div. | K | T | | | | | |
| 97. "501 Eagle" Teva Pharmaceutical Inds | A | Int./Div. | K | T | | | | | |
| 98. "501 Eagle" Total SA | B | Int./Div. | K | T | | | | | |
| 99. "501 Eagle" Daimler AG | | None | K | T | Buy | 04/23/12 | K | | |
| 100. "501 Eagle" Ebay Inc. | | None | K | T | Buy | 04/23/12 | K | | |
| 101. "501 Eagle" Kohl's Corp | A | Int./Div. | K | T | Buy | 04/23/12 | K | | |
| 102. "501 Eagle" Monsanto | A | Int./Div. | | | Buy | 01/05/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. "501 Eagle" Monsanto | | | | | Sold | 12/27/12 | K | D | |
| 104. "501 Eagle" Proctor & Gamble | B | Int./Div. | K | T | Buy | 01/05/12 | K | | |
| 105. "501 Eagle" Tupperware Brands Corporation | A | Int./Div. | K | T | Buy | 01/05/12 | K | | |
| 106. "501 Eagle" US Bancorp | A | Int./Div. | K | T | Buy | 01/05/12 | K | | |
| 107. "501 Eagle" Verizon Communications | B | Int./Div. | K | T | Buy | 01/05/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1 Part VII, line 5: The Mark Collection is a Limited Liability Company beneficially owned by a member of my family. The company operated a retail store which closed in 2007. This item remains on my report because the company still owns a small amount of inventory.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert A. Mark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544